### 571.  HARRELL et al. v. NUSSBAUM et al.

POWELL, J.  This court, irrespective of the amount involved, has no jurisdiction of a writ of error complaining of the judgment of a superior court in a civil action originally instituted therein.

                              *Writ of error dismissed.*

Money rule, from Decatur superior court.

Motion to dismiss writ of error.

Argued October 28,—Decided October 30, 1907.

*M. E. O'Neal,* for plaintiffs.

*Russell & Hawes,* for defendants.